IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. DIAZ,<br><br>              Plaintiff,<br><br>      vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | 1:10cv00034 DLB<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 11) |

On December 29, 2010, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file an opposition to Plaintiff's opening brief.

Defendant filed a response on January 10, 2011, explaining that counsel made a calendaring error and overlooked the ECF notification of Plaintiff's opening brief. Counsel is prepared to file the opposition by January 18, 2011, the date by which the Court ordered a response to the order to show cause.

Based on Defendant's response and counsel's intention to file the opposition by January 18, 2011, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:    January 12, 2011                    /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

1