IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL A. DIAZ, | ) | 1:10cv00034 DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING EXTENSION |
| Plaintiff, | ) | OF TIME |
| | ) | |
| vs. | ) | (Document 14) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 15, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file a reply brief.  The parties' request is GRANTED.  Plaintiff's reply brief SHALL be filed on or before March 21, 2011.

IT IS SO ORDERED.

Dated:   **February 3, 2011**          _____/s/ **Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE

1