BARBARA M. RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 15
Moss Beach, CA  94038
Telephone:  650-728-0170
Fax:  650-745-1220

Attorney for Plaintiff Paul A. Diaz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAUL A. DIAZ, | Case No.: CV-10-00034 DLB |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by the undersigned for the respective parties, subject to the approval of the Court, that the Plaintiff, Paul A. Diaz, have a 14-day extension of time in which to file a Reply to the Defendant Commissioner's Opposition to Plaintiff's Motion for Attorney Fees, up to and including July 7, 2011.  This extension is being sought because the undersigned counsel for the Plaintiff will be on a two-week vacation beginning June 12 through June 26.  In keeping with the initial scheduling order in this Social Security case, Plaintiff's Reply to the Defendant's Opposition is due 14 days after service of the Opposition.  Defendant filed the Opposition on June 6; therefore, Plaintiff's Reply is due on June 23, 2011.  Given that the due date for Plaintiff's Reply falls on a day when counsel for the Plaintiff will be out of the office and out of the country,

STIPULATION AND ORDER FOR EXTENSION                    1
CV-10-00034 DLB

1 Counsel will be unable to complete the Plaintiff's Reply by the original June
2 23 due date.  Plaintiff therefore respectfully requests that the Court
3 approve this stipulation for a 14-day extension of time for Plaintiff to
4 Reply to the Defendant's Opposition until July 7, 2011.  This is the first
5 extension of time that Plaintiff has requested in this case.

```
                                        Respectfully submitted,

Dated:  June 8, 2011               "/s/ Elizabeth Firer"
                                        (As authorized via e-mail)
                                        ELIZABETH FIRER
                                        Special Assistant United States Attorney
                                        Attorney for Defendant

Dated:  June 8, 2011        By:    "/s/ Barbara M. Rizzo"
                                        BARBARA M. RIZZO
                                        Attorney for Plaintiff
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiff, Paul A. Diaz, shall have up to and including July 7, 2011, to file a Reply to the Defendant's Opposition to Plaintiff's Motion for Attorney Fees.

IT IS SO ORDERED.

   Dated:   **June 15, 2011**                         /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR EXTENSION     2
CV-10-00034 DLB